# Exhibit A



Home    Complaints/Parties    Actions    Minutes    **Pending Hearings**    Case Report    Images

Open Quick Search

## Case CIVMSC21-00904 - PETER WHITEHEAD VS THE BUREAU OF NATIONAL AFFAIRS

## Case CIVMSC21-00904 - Complaints/Parties

| Complaint Number: | 1 |
|---|---|
| Complaint Type: | COMPLAINT |
| Filing Date: | 05/06/2021 |
| Complaint Status: | ACTIVE |

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 1 | PLAINTIFF | PETER B WHITEHEAD | DELAHUNTY, PATRICK R | First Paper Fee Paid |
| 2 | DEFENDANT | THE BUREAU OF NATIONAL AFFAIRS, INC | Unrepresented | Served 05/07/2021 |

## Case CIVMSC21-00904 - Actions/Minutes

| Viewed | Date | Action Text | Disposition | Image |
|---|---|---|---|---|
|  | 09/22/2021 8:30 AM DEPT. 33 | CASE MANAGEMENT CONFERENCE |  |  |
|  | 07/13/2021 7:00 AM DEPT. 33 | CHECK FOR PROOF OF SERVICE | VACATED |  |
|  | 05/10/2021 | PROOF OF PERSONAL SERVICE FILED ON COMPLAINT FILED 05/06/2021 OF PETER WHITEHEAD AS TO THE BUREAU OF NATIONAL AFFAIRS,INC WITH SERVICE DATE OF 05/07/21 | Not Applicable | N/A |
|  | 05/06/2021 | CASE ENTRY COMPLETE | Not Applicable |  |
|  | 05/06/2021 | ORIGINAL SUMMONS ON COMPLAINT FILED 05/06/2021 OF PETER WHITEHEAD FILED | Not Applicable | N/A |
|  | 05/06/2021 | COLOR OF FILE IS BLUE | Not Applicable |  |
|  | 05/06/2021 | CASE MANAGEMENT CONFERENCE WAS SET FOR 9/22/21 AT 8:30 IN DEPT. 33 |  |  |
|  | 05/06/2021 | CLERK`S TICKLER TO CHECK FOR PROOF OF SERVICE WAS SET FOR 7/13/21 AT 7:00 IN DEPT. 33 |  |  |
|  | 05/06/2021 | COMPLAINT FILED. SUMMONS IS ISSUED | Not Applicable | N/A |
| **Minutes** You are Not Authorized to View Minutes prior to 12/31/2099 |||||
|  | 05/06/2021 | CASE HAS BEEN ASSIGNED TO DEPT. 33 |  |  |

## Case CIVMSC21-00904 - Pending Hearings

| Date | Action Text | Disposition | Image |
|---|---|---|---|
| 09/22/2021 8:30 AM DEPT. 33 | CASE MANAGEMENT CONFERENCE | | |

```
****************************************
* CONTRA COSTA SUPERIOR COURT - MARTI   *
*                                       *
*                                       *
* SUPERIOR COURT - MARTINEZ             *
*---------------------------------------*
* Receipt # 202105060031   Oper: CJ     *
* 5/06/21 Case #  . MSC21-00904         *
* Case Type .: CIVIL                    *
* Payment Type: CHECK                   *
* Received:            $435.00          *
*       Fee :          $435.00          *
* Change:                $0.00          *
*              - Name -                 *
* PETER WHITEHEAD VS THE BUREAU OF NA   *
* UNLTD CIV NEW COMPLAINT               *
****************************************
```

SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA, 94553

PETER WHITEHEAD VS THE BUREAU OF NATIONAL AFFAIRS

NOTICE OF CASE MANAGEMENT CONFERENCE                         CIVMSC21-00904

1. NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE:  09/22/21        DEPT:  33         TIME:   8:30

THIS FORM, A COPY OF THE NOTICE TO DEFENDANTS, THE ADR INFORMATION
SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK
STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES.  ALL PARTIES
SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY
OF RECORD MUST APPEAR.

2. You may stipulate to an earlier Case Management Conference.  If
all parties agree to an early Case Management Conference, please
contact the Court Clerk's Office at (925)608-1000 for Unlimited Civil
and Limited Civil cases for assignment of an earlier date.

3. You must be familiar with the case and be fully prepared to par-
ticipate effectively in the Case Management Conference and to discuss
the suitability of this case for the EASE Program, private mediation,
binding or non-binding arbitration, and/or use of a Special Master.

4. At any Case Management Conference the court may make pretrial
orders including the following:

    a. an order establishing a discovery schedule
    b. an order referring the case to arbitration
    c. an order transferring the case to limited jurisdiction
    d. an order dismissing fictitious defendants
    e. an order scheduling exchange of expert witness information
    f. an order setting subsequent conference and the trial date
    g. an order consolidating cases
    h. an order severing trial of cross-complaints or bifurcating issues
    i. an order determining when demurrers and motions will be filed

SANCTIONS

If you do not file the Case Management Conference Questionnaire or
attend the Case Management Conference or participate effectively in
the Conference, the court may impose sanctions (including dismissal of
the case and payment of money).

Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this
action, and that I delivered or mailed a copy of this notice to the
person representing the plaintiff/cross-complainant.

Dated: 05/06/21                    _____
                                   C. JACALA
                                   Deputy Clerk of the Court

**PLD-C-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Patrick R. Delahunty (SBN 257439)<br>Delahunty & Edelman LLP<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>TELEPHONE NO: (415) 891-6210   FAX NO. (Optional): (415) 891-6256<br>E-MAIL ADDRESS (Optional): pdelahunty@delawllp.com<br>ATTORNEY FOR (Name): Plaintiff Peter B. Whitehead | FILED<br>2021 MAY -6  A 8: 56<br>KATE BIEKER<br>CLERK OF THE SUPERIOR COURT<br>COUNTY OF CONTRA COSTA, CA<br>BY: _____, DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: Civil

PER LOCAL RULE, THIS CASE IS ASSIGNED TO DEPT _____, FOR ALL PURPOSES

PLAINTIFF: Peter B. Whitehead

DEFENDANT: The Bureau of National Affairs, Inc., a Delaware Corporation.

[x] DOES 1 TO 99

**CONTRACT**
[x] **COMPLAINT**  [ ] **AMENDED COMPLAINT** (Number):
[ ] **CROSS-COMPLAINT**  [ ] **AMENDED CROSS-COMPLAINT** (Number):

| Jurisdiction (check all that apply): | CASE NUMBER: |
|---|---|
| [ ] ACTION IS A LIMITED CIVIL CASE<br>   Amount demanded [ ] does not exceed $10,000<br>                   [ ] exceeds $10,000 but does not exceed $25,000<br>[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>   [ ] from limited to unlimited<br>   [ ] from unlimited to limited | C21-00904- |

1. **Plaintiff*** (name or names):
   Peter B. Whitehead

   alleges causes of action against **defendant*** (name or names):
   Bureau of National Affairs, Inc. d/b/a Bloomberg Industry Group, Does 1 through 99

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. a. Each plaintiff named above is a competent adult
      [ ] **except** plaintiff (name):
         (1) [ ] a corporation qualified to do business in California
         (2) [ ] an unincorporated entity (describe):
         (3) [ ] other (specify):
   b. [ ] Plaintiff (name):
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      [x] **except** defendant (name): Bureau of National Affairs, Inc.  [ ] **except** defendant (name):
         (1) [ ] a business organization, form unknown      (1) [ ] a business organization, form unknown
         (2) [x] a corporation                               (2) [ ] a corporation
         (3) [ ] an unincorporated entity (describe):        (3) [ ] an unincorporated entity (describe):
         (4) [ ] a public entity (describe):                 (4) [ ] a public entity (describe):
         (5) [ ] other (specify):                            (5) [ ] other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

**PLD-C-001**

| SHORT TITLE: Whitehead v. The Bureau of National Affairs, Inc. | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [x] Doe defendants *(specify Doe numbers):* 1- 99 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [ ] Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to   [ ] Civil Code section 1812.10   [ ] Civil Code section 2984.4.
7. This court is the proper court because
   a. [x] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [x] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [x] other *(specify):*
       Defendant Bureau of National Affairs Inc. is a foreign corporation registered and qualified to do business in California.

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   [x] Breach of Contract
   [ ] Common Counts
   [x] Other *(specify):*
       Breach of Implied Covenant of Good Faith and Fair Dealing
9. [ ] Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [x] damages of: $ 25,001 (in excess of and no less than)
    b. [x] interest on the damages
       (1) [x] according to proof
       (2) [ ] at the rate of *(specify):* _____ percent per year from *(date):*
    c. [x] attorney's fees
       (1) [ ] of: $
       (2) [x] according to proof.
    d. [x] other *(specify):*
       damages as prayed in the second cause of action for breach of implied covenant of good faith and fair dealing.
11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 5/5/2021

Patrick R. Delahunty
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001(1)

| SHORT TITLE: Whitehead v. The Bureau of National Affairs, Inc. | CASE NUMBER: |
|---|---|

<u>FIRST</u>      **CAUSE OF ACTION—Breach of Contract**
*(number)*

ATTACHMENT TO    [✔] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Peter B. Whitehead

     alleges that on or about *(date):* January 1, 1986
     a [✔] written    [ ] oral    [ ] other *(specify):*
     agreement was made between *(name parties to agreement):*
     Peter B. Whitehead and The Bureau of National Affairs, Inc. (signed by Robert B. Brooks)
     [ ] A copy of the agreement is attached as Exhibit A, or
     [✔] The essential terms of the agreement    [ ] are stated in Attachment BC-1    [✔] are as follows *(specify):*

     Plaintiff and Bureau of National Affairs, Inc. (BNA) agreed in a writing dated Jan. 1, 1986 to, inter alia, (i) market a software program developed by Plaintiff (the Program); (ii) pay Plaintiff royalties on Program sales; (iii) provide Plaintiff an assistant; and (iv) pay "salary and fringes" for the assistant "subject to normal salary increases" in exchange for Plaintiff, inter alia, agreeing to update and enhance the Program. BNA manager Robert B. Brooks signed for BNA.

BC-2. On or about *(dates):* Jan. 1, 2018, 2019, and 2020; Sept. 11, 2020; Oct. 1, 2020, and ongoing
     defendant breached the agreement by    [ ] the acts specified in Attachment BC-2    [✔] the following acts *(specify):*

     BNA breached by not paying the assistant normal salary increases, by unilaterally terminating the assistant, and by refusing to pay the assistant an appropriate "salary and fringes" after allowing Plaintiff to re-hire the same assistant.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
     [ ] as stated in Attachment BC-4    [✔] as follows *(specify):*

     Non-payment of the assistant's full salary and benefits due under the contract; sums Plaintiff has paid and continues to pay to the rehired assistant reflecting appropriate salary and benefits under the contract; other sums and expenses Plaintiff has become obligated to pay by becoming the rehired assistant's employer, including payroll costs, FICA tax, and workers' compensation; costs to Plaintiff for administering assistant's compensation; attorneys' fees.

BC-5. [✔] Plaintiff is entitled to attorney fees by an agreement or a statute
        [ ] of $
        [✔] according to proof.

BC-6. [✔] Other:

     Plaintiff also prays for the following relief: interest on the said sums as provided by law, attorneys' fees according to proof, declaratory relief, and such other and further relief as the Court deems proper.

Page    3 of 5

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

# SECOND CAUSE OF ACTION FOR BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING AGAINST DEFENDANT THE BUREAU OF NATIONAL AFFAIRS, INC.

<u>Attachment to Complaint of Peter B. Whitehead</u>

BI-1. Plaintiff Peter B. Whitehead realleges and incorporates by reference each of the allegations and paragraphs above as though fully set forth herein.

BI-2. Plaintiff alleges that defendant THE BUREAU OF NATIONAL AFFAIRS, INC. d/b/a BLOOMBERG INDUSTRY GROUP ("BNA") did the following:

BI-3. Plaintiff and BNA entered into a written contract on or about January 1, 1986;

BI-4. Plaintiff did all, or substantially all of the significant things that the contract required him to do;

BI-5. All conditions required for BNA's performance had occurred or were excused;

BI-6. In the contract BNA expressly agreed in paragraph 4 and Attachment C that BNA would provide Plaintiff an assistant to help Plaintiff perform his duties under the contract, and BNA would pay "salary and fringes" for the assistant "subject to normal salary increases."

BI-7. The contract does not expressly address the process for hiring and firing the assistant, nor does it further define "normal salary increases." For thirty-four years, the parties operated under a course of dealings where Plaintiff had unilaterally selected an assistant, Joseph Walton, who BNA treated as a BNA employee for payroll and benefits purposes and who received salary increases almost every year until 2018 with an average increase of approximately 5%.

BI-8. BNA prevented Plaintiff from receiving the benefits under the contract by (i) unilaterally terminating Mr. Walton, who Plaintiff was entitled to retain as his assistant under the contract, (ii) allowing Plaintiff to re-hire Mr. Walton as his assistant while refusing to pay Mr. Walton an appropriate "salary and fringes" and instead demanding that Mr. Walton be paid substantially (over 30%) less than his

    previous salary for doing the same work, and (iii) failing to provide "normal salary increases" beginning in 2018 and thereafter.

BI-9. BNA did not act fairly and in good faith; and

BI-10. Plaintiff was harmed by BNA's conduct by (i) being deprived of assistance as provided for in the Contract, (ii) incurring costs and expenses in having to rehire his assistant of choice to be employed directly by Plaintiff and providing the assistant salary and benefits the assistant is entitled to under the contract, and (iii) paying attorney fees prior to litigation and through litigation.

<u>Prayer for Relief</u>

    Wherefore, Plaintiff prays, for his second cause of action, compensatory damages according to proof, interest as provided by law, attorneys' fees according to proof, declaratory relief, and for such other relief as the Court deems proper.

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED 2021 MAY -6 A 8:58
KATE BIEKER
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA
BY: C. JACALA, DEPUTY CLERK

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
THE BUREAU OF NATIONAL AFFAIRS, INC., a Delaware Corporation. Does 1 to 99

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
PETER B. WHITEHEAD

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Contra Costa Superior Court, 725 Court Street, Martinez, CA 94553

CASE NUMBER: *(Número del Caso):* C21-00904

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Patrick R. Delahunty (SBN 257439), Delahunty & Edelman LLP, 4 Embarcadero Center, Suite 1400, San Francisco, CA 94111

DATE: MAY 6 - 2021
*(Fecha)*
Clerk, by C. A. JACALA, Deputy
*(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of (specify): The Bureau of National Affairs, Inc., a Delaware Corporation
   under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.
[Print this form] [Save this form] [Clear this form]

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Patrick R. Delahunty (SBN 257439)<br>Delahunty & Edelman LLP<br>4 Embarcadero Center, Suite 1400<br><br>TELEPHONE NO.: (415) 891-6210    FAX NO. *(Optional)*: (415) 891-6256<br>ATTORNEY FOR *(Name)*: Plaintiff Peter B. Whitehead | FOR COURT USE ONLY<br><br>FILED<br><br>2021 MAY -6 A 8:55<br><br>KATE BIEKER<br>CLERK OF THE SUPERIOR COURT<br>COUNTY OF CONTRA COSTA, CA<br>BY: C. JARAM_____ , DEPUTY CLERK |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA<br>STREET ADDRESS: 725 Court Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Martinez, CA 94553<br>BRANCH NAME: Civil | |
| CASE NAME:<br>Whitehead v. The Bureau of National Affairs, Inc., a Delaware Corporation | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: C21-00904 |
|---|---|---|
| [x] Unlimited    [ ] Limited<br>(Amount demanded exceeds $25,000)    (Amount demanded is $25,000) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [x] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [x] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify)*: two: breach of contract; breach of implied covenant of good faith and fair dealing
5. This case [ ] is  [x] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 5/5/2021

Patrick R. Delahunty
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET   CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
   Medical Malpractice— Physicians & Surgeons
   Other Professional Health Care Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip and fall)
   Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
   Intentional Infliction of Emotional Distress
   Negligent Infliction of Emotional Distress
   Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
   Contract/Warranty Breach—Seller Plaintiff *(not fraud or negligence)*
   Negligent Breach of Contract/ Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
   Collection Case—Seller Plaintiff
   Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ—Administrative Mandamus
   Writ—Mandamus on Limited Court Case Matter
   Writ—Other Limited Court Case Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of County)
   Confession of Judgment *(non-domestic relations)*
   Sister State Judgment
   Administrative Agency Award *(not unpaid taxes)*
   Petition/Certification of Entry of Judgment on Unpaid Taxes
   Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-harassment)*
   Mechanics Lien
   Other Commercial Complaint Case *(non-tort/non-complex)*
   Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief from Late Claim
   Other Civil Petition

CM-010 [Rev. July 1, 2007]   **CIVIL CASE COVER SHEET**   Page 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Patrick R. Delahunty, Esq., Bar #257439<br>Delahunty & Edelman, LLP<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>*Telephone No:* 415-891-5210   *FAX No:* 415-891-6256 | | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>Superior Court Of California County Of Contra Costa Superior Court | | | | | |
| *Plaintiff:* Peter B. Whitehead | | | | | |
| *Defendant:* The Bureau Of National Appeairs, Inc., et al. | | | | | |
| **PROOF OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C2100904 | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons & Complaint; Civil Case Cover Sheet; Notice to Defendants; Notice of Case Management Conference; CM-110 (blank); ADR Case Management Stipulation and Order; ADR Information

3. a. Party served:         The Bureau Of National Affairs, Inc., a Delaware Corportion
   b. Person served:        Susie Vang, Person Authorized to Accept

4. Address where the party was served:   CSC Lawyers Incorporating Services
                                          2710 Gateway Oaks Dr, Suite 150 N
                                          Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., May. 07, 2021 (2) at: 1:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: The Bureau Of National Affairs, Inc., a Delaware Corportion
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. John M. Adams                                            d. **The Fee** *for Service was:*  $30.50

   **1500 W. El Camino Avenue, #510**                          e. I am: (3) registered California process server
   **Sacramento, CA 95833**                                        (i)   Independent Contractor
   **855-5VALPRO, Fax (866) 900-4665**                             (ii)  Registration No.:   2014-45
   **www.ValproAttorneyServices.com**                              (iii) County:             Sacramento

   Valpro Attorney Services

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, May. 07, 2021

                                                                                (John M. Adams)

Judicial Council Form POS-010                PROOF OF SERVICE                                        delahunt.36680
Rule 2.150.(a)&(b) Rev January 1, 2007       Summons & Complaint